466 A.2d 725

Commonwealth v. Visconto, Appellant.

Submitted June 1, 1983.  Jay Harris, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.